COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON FURTHER MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Houstoun, Woodard, Eason, Gentle, Tomforde and Anderson, Inc.
                          d/b/a Insurance Alliance v. Escalante's Comida Fina, Inc.

Appellate case numbers:  01-11-00746-CV

Trial court case number:  2009-52295

Trial court:              215th District Court of Harris County

     Appellee's Further Motion for En Banc Reconsideration is DENIED.


     It is so ORDERED.


Judge's signature: /s/ Jim Sharp
                          Acting for the Court


Date:  September 16, 2014

The en banc court consists of: Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, and Brown.

Justices Massengale and Brown voted to grant en banc reconsideration.

Chief Justice Radack and Justice Huddle are not participating.